Order issued January 3, 2013



00027

In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-10-01375-CV

## IN THE INTEREST OF C.H.C. AND S.M.C., CHILDREN

## ORDER

We **DENY** appellant's motion to vacate the trial court's judgment. The record on the allegations as presented in the motion is not sufficiently developed for this Court to be able to grant the motion. The record also shows a motion with the same allegations was filed in the trial court. Accordingly, our denial of this motion is without prejudice to any motions presented in the trial court on the same matters as presented in this motion.

LANA MYERS
JUSTICE